# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOLVO FINANCIAL SERVICES<br><br>Plaintiff(s),<br><br>v.<br><br>JOSE ZAVALA SANABRIA, et al.<br><br>Defendant(s). | CASE NO. 2:24−cv−00753−DSF−JC<br><br>**Order to Show Cause re Dismissal for Lack of Prosecution** |

    Default has been entered by the Clerk as to the remaining defendants. No motion for default judgment has been filed. Plaintiff is ordered to file a motion for default judgment on or before . Failure to file a default judgment motion by that date may result in sanctions, including dismissal for failure to prosecute.

    IT IS SO ORDERED.

Date: April 10, 2025                  /s/ *Dale S. Fischer*
                                                  Dale S. Fischer
                                                  United States District Judge